IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TEXAS
FILED

JAN 1 4 2016

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

UNITED STATES OF AMERICA

v.                                                    No. 4:16-MJ-012

JESUS JIMENEZ (01)

## CRIMINAL COMPLAINT

*Possession of a Controlled Substance with Intent to Distribute*

On or about January 13, 2016, in the Fort Worth Division of the Northern District of Texas, defendant **Jesus Jimenez** did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.      On January 13, 2016, FWPD Officers assigned to the Narcotics section and members of the FWPD SWAT Team executed a search warrant on the residence located at xxxx Nell Street, Fort Worth, Tarrant County, Texas.  FWPD Officers had prior knowledge that an individual identified as **Jesus Jimenez** was selling methamphetamine from inside this residence.  After making entry into the residence, members of the SWAT team located **Jesus Jimenez** in the southwest corner of the residence inside a bedroom.  **Jesus Jimenez** was detained pending the outcome of the search warrant.  Once the residence was declared secure, FWPD Narcotics Officers conducted a systematic search of the residence.

**Criminal Complaint – Page 1**

2.      During the systematic search, Officers located approximately 800 grams of

methamphetamine along with multiple digital scales and plastic bags.  The bulk of the

methamphetamine was located in a plastic bag on a table in the living room.  Based on

Officers training and experience they know these plastic bags are commonly used for the

sell and distribution of narcotics.

3.      **Jesus Jimenez** was advised of his Miranda rights both verbally and in writing.

**Jesus Jimenez** stated he understood his rights and wished to speak with Officers.  During

this interview **Jesus Jimenez** gave a statement implicating himself in the purchasing, and

selling/distribution of methamphetamine.  **Jesus Jimenez** also stated he has resided at

this residence since October 2015.

4.      Although I have not listed all the facts regarding this seizure of methamphetamine,

I believe that the facts stated here establish probable cause that the defendant have

committed a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), Possession of a Controlled

Substance with the Intent to Distribute.

_____

Travis Verrett
Task Force Officer
Drug Enforcement Administration


        SWORN  AND  SUBSCRIBED  before  me,  at  2:01 am/pm,  this  14 day  of
January, 2016.

_____

JEFFREY L. CURETON
United States Magistrate Judge

**Criminal Complaint – Page 2**